IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION OF CINCINNATI

| | | |
|---|---|---|
| GARY D. WALKER, | ) | Case No. 1:13-CV-00159 |
| Petitioner, | ) | |
| | ) | Judge: Michael Barrett |
| vs. | ) | Magistrate Judge: Michael Merz |
| | ) | |
| ERNIE L. MOORE, Warden | ) | |
| Respondent. | ) | |

## JUDICIAL NOTICE

PLEASE TAKE NOTICE that this case is ripe for review and has been ripe for review upon the filing of *Petitioner's Response* (Doc. No. 71) *to Respondent's Objections to the Magistrate Judge's Report and Recommendation*, on June 19, 2015.

Respectfully submitted,

GARY D. WALKER
Habeas Petitioner

_____
Gary D. Walker
Inmate No. 554324
Lebanon Correctional Institution
3791 State Route 63
Lebanon, Ohio 45036

SCANNED AT LCI and E-Mailed
to USDC OHSD on 7-3-,
20 15 by _____

No. of Pgs. 2

## CERTIFICATE OF SERVICE

I, Gary D. Walker, hereby certify that a true and accurate copy of the *Judicial Notice*, was electronically filed with the Clerk and served upon Michael DeWine, the Ohio Attorney General, at his respective address, this 3rd day of July, 2015, via regular U.S. Mail, postage prepaid.

Respectfully submitted,

**GARY D. WALKER**
Habeas Petitioner

_____
Gary D. Walker
Inmate No. 554324
Lebanon Correctional Institution
3791 State Route 63
Lebanon, Ohio 45036