# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

GARY D. WALKER,

       Petitioner,    :    Case No. 1:13-cv-159

  - vs -                              District Judge Michael R. Barrett
                                      Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional Institution,

                                      :

       Respondent.

## NOTICE TO PETITIONER

This habeas corpus case is before the Court on Petitioner's Notice of impending transfer to a correctional facility in the Northern District of Ohio.

Petitioner is advised that any such transfer will not require him to re-file in the Northern District. In a State that has two or more federal judicial districts, a habeas petition may be filed either in the district of conviction or the district of confinement. And in any event, since the case is fully ripe for decision by Judge Barrett, there would be no need to re-file. In fact, re-filing would be prohibited by 28 U.S.C. § 2244(b).

September 9, 2015.

                                                                       s/ *Michael R. Merz*
                                                             United States Magistrate Judge