**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Gary D. Walker,

    Petitioner,

                    Case No. 1:13cv159

    v.                        Judge Michael R. Barrett

Warden, Lake Erie
Correctional Institution,

    Respondent.

## JUDGMENT IN A CIVIL CASE

**[ ] JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X] DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Report and Recommendation (doc. 79) is adopted; a. The Court GRANTS Petitioner a conditional writ of habeas corpus on Grounds for Release One and Two; b. Petitioner is to be released unless he is granted a new direct appeal of the Richland County conviction at issue in this case with appointed counsel within 180 days of final judgment in this case; c. Grounds Three and Four are DISMISSED with PREJUDICE as previously ordered.

This matter is closed.

Date: March 15, 2016                      Richard W. Nagel, Clerk
                                          Clerk

                              By:        *S/Barbara A. Crum*
                                              Deputy Clerk